JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA AG,<br><br>      Plaintiff,<br><br>  v.<br><br>PURPLE ROPE INC., d/b/a PURPLE ROPE ENTERPRISES,<br><br>      Defendants. | Case No. 2:20-cv-04970-FLA (PLAx)<br><br>**ORDER AND JUDGMENT**<br>**[DKT. 66]** |

On April 29, 2022, Plaintiff HWA AG and Defendant Purple Rope, Inc. (collectively, the "Parties") lodged a Stipulated Order and Judgment, stating that the Parties agreed to resolve this matter by stipulation.  Dkt. 66.  The court adopts the Stipulated Order and Judgment, as modified below, and hereby ORDERS as follows:

1. The court ENTERS Judgment in favor of Plaintiff HWA AG against Defendant Purple Rope, Inc. in the amount of $505,505.00, with interest.  The court VACATES all remaining pretrial dates governing this action, including the May 3, 2022 trial date.
2. Within 180 days from the date of entry of this Order and Judgment, Defendant Purple Rope, Inc. shall forthwith diligently take all steps required under the laws of the State of California to dissolve as a corporation and shall provide Plaintiff HWA AG evidence of such dissolution.
3. Upon Defendant Purple Rope, Inc. providing evidence that it is dissolved as a California corporation, Plaintiff HWA AG shall provide Defendant Purple Rope, Inc. with an appropriate satisfaction of judgment.
4. To the extent Defendant Purple Rope, Inc. fails to take all steps required under the laws of the State of California to dissolve as a corporation as aforesaid, then Plaintiff HWA AG shall have the right to enforce this Judgment with interest without further notice.
5. The court RETAINS jurisdiction for 180 days from the date of this Order and Judgment to reopen the action and enforce the terms of this Order and Judgment.

IT IS SO ORDERED.

DATE: May 2, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge